UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JAMES MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 4:15-cv-00168-SEB-WGH |
| ) | |
| LINDSEY DAVIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTIONS TO CONSOLIDATE**

The Court, having considered Defendant's Motions to Consolidate [Dkt. 6] and being duly advised in the premises, now finds that the motions should be **GRANTED**.

It is therefore ORDERED that: *James E. Miller v. Dan Neary,* 4:15-cv-000169-RLY-WGH, is hereby consolidated with this cause, *James E. Miller v. Lindsey Davis,* 4:15-cv-00168-SEB-WGH, for all purposes. The Clerk is ordered to consolidate Case No. 4:15-cv-000169-RLY-WGH under Case No. 4:15-cv-00168-SEB-WGH.

The Clerk shall administratively close Case No. 4:15-cv-000169-RLY-WGH. All future filings shall be made under 4:15-cv-00168-SEB-WGH, and the caption shall read: *James E. Miller v. Lindsey Davis and Dan Neary.*

Date:   1/25/2016

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

By United States Mail:

**JAMES MILLER**
11600 N. Hoban Road Lot 11
Aurora, IL 47001
(812) 290-8793
PRO SE