IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JAMES E. MILLER, | ) |
| Plaintiff, | ) ) ) Case No.   4:15-cv-00169-RLY-WGH |
| v. | ) ) |
| DAN NEARY, | ) ) |
| Defendant. | ) ) ) |

## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Dan Neary, moves the Court to dismiss Plaintiff's Complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

Plaintiff's Complaint should be dismissed in its entirety under Rule 12(b)(6) because it is preempted by Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001 *et. seq.* ("ERISA") and Plaintiff has failed to name a proper defendant in his Complaint.

In support of his motion, Defendant files simultaneously herewith and incorporates fully herein his Memorandum in Support of Defendant's Motion to Dismiss.

          Respectfully submitted,

          OGLETREE, DEAKINS, NASH,
          SMOAK & STEWART, P.C.

          /s/ Kimberly A. Jones
          Kimberly A. Jones, ARDC 6293083
          OGLETREE, DEAKINS, NASH, SMOAK
          & STEWART, P.C.
          155 N. Wacker Dr., Suite 4300
          Chicago, IL 60606
          Phone: (312) 558-1237
          Fax:    (312) 807-3619
          kimberly.jones@ogletreedeakins.com

        Todd J. Kaiser, Atty. No. 10846-49
        111 Monument Circle, Suite 4600
        Indianapolis, IN  46204
        Telephone:  (317) 916-1300
        Facsimile:  (317) 916-9076

        todd.kaiser@ogletreedeakins.com

        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that service was made on the following non-registered ECF counsel of record by placing copies of the foregoing *MOTION TO DISMISS PLAINTIFF'S COMPLAINT* in an envelope properly addressed and with sufficient first-class postage pre-paid on December 4, 2015:

>JAMES E. MILLER
>11600 N. HOGAN RD. LOT 11
>AURORA, IN 47001

>/s/Kimberly A. Jones
>Kimberly A. Jones

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
155 N. Wacker Dr., Suite 4300
Chicago, IL 60606